# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner | § | |
| | § | |
| V. | § | MISC. ACTION NO. 4:08-mc-26 |
| | § | J. SCHELL/J. BUSH |
| ROBERT E. MARZETT, | § | |
| | § | |
| Respondent | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER DIRECTING COMPLIANCE WITH SUMMONSES

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 29, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent Marzett's Petition to Quash Summons, Petition for Writ of Mandamus, Demand for Bill of Particulars (Dkt. 6) be DENIED and that Respondent Robert E. Marzett be required to fully comply with the summons issued to secure information to complete a Collections Information Statement, and appear at the Offices of the Internal Revenue Service as directed.

The court has made a *de novo* review of the objections raised by Respondent. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Respondent are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Therefore,

Respondent Marzett's Petition to Quash Summons, Petition for Writ of Mandamus, and Demand for Bill of Particulars (Dkt. 6) is DENIED.

Respondent Robert E. Marzett is FURTHER ORDERED and DIRECTED to fully comply with the summonses issued to secure information to complete a Collections Information Statement and to determine the tax liability of the Respondent for tax years 2003, 2004, 2005, and 2006, and appear on *September 18, 2008, at 10:00 a.m., at the offices of the Internal Revenue Service, 4050 Alpha Road, Farmers Branch, Texas 75244*, to meet with Revenue Officer Mary McKinney or her designated agent, and to comply with the summonses, and produce the records and testimony called for in the summonses.

Further, the United States Marshal is directed to make service of this order on Respondent.

**IT IS SO ORDERED.**

SIGNED this the 15th day of September, 2008.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE